UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X

LYDIA RUTIGLIANO,

    Plaintiff,

  -against-

THE CITY OF NEW YORK, et al.,

    Defendants.
----------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 27 2005 ★

BROOKLYN OFFICE

ORDER
04-CV-4343 (JBW)

Jack B. Weinstein, Senior United States District Judge:

    Plaintiffs move to amend their complaint. That amendment is granted.

    Defendants, John Connors, Elaine Connors, Sean Connors and Andrew Connors ("Connors defendants") have moved, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for partial dismissal. While the case appears weak, the amended pleadings are sufficient to survive the Connors defendants' motion.

    The motion to dismiss is denied with no costs or disbursements.

                    SO ORDERED.

                    Jack B. Weinstein
                    Senior U.S.D.J.

Dated: May 11, 2005
       Brooklyn, New York

