UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

LYDIA RUTIGLIANO,

                Plaintiff,

    - against -

CITY OF NEW YORK, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - X

ORDER

CV 2004-4343 (JBW)(MDG)

    This Court has reviewed the attached "Stipulation and Protective Order" submitted by the parties, which call limitation in disclosure and sealing of all material defined as "Confidential Materials." The stipulation defines Confidential Materials plaintiff's social security number, all medical, psychological and psychiatric records of plaintiff, all statements by plaintiff concerning her physical and mental condition and her deposition testimony. The stipulation is approved only to the following extent.

    1. Paragraphs 3, 4 and 6 of the stipulation limiting defendants' use and disclosure of Confidential Material are approved.

    2. The provisions in Paragraph 5, directing that documents submitted to the Court which contain "Confidential Material" be filed under seal, are not approved. Plaintiff has provided no reason to seal documents submitted to the Court, particularly her deposition testimony. Information concerning her physical and mental condition are highly relevant, in light of her allegations that she has suffered emotional distress as a result of

defendants' conduct and her claims for assault and battery. Denial of this portion of the stipulation is without prejudice to a further application.

3. Plaintiff's social security number must be redacted from any document filed with the court.

**SO ORDERED.**

Dated:  Brooklyn, New York
July 18, 2005

MARILYN D. CO
UNITED STATES MAGISTRATE JUDGE