UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

LYDIA RUTIGLIANO,

                    Plaintiff,

          - against -                    ORDER

CITY OF NEW YORK, et al.,                CV 2004-4343 (JBW)(MDG)

                    Defendants.

- - - - - - - - - - - - - - - - - - X

     This Court having reviewed the attached "Stipulation and
Protective Order" and finding good cause to issue a further
protective order, the stipulation is approved, but subject to the
following:

     1.  The parties must use best efforts to minimize the need
to file documents under seal.  Prior to filing any document or
other material containing "Confidential Materials," each party
must determine whether the Confidential Materials contained
therein can simply be redacted or whether a stipulation of
certain facts may eliminate the need for submitting the
Confidential Materials.

     2.  If the Confidential Materials contained in a document is
relevant to an issue to be addressed in papers filed with the
Court, then the parties may file the submission under seal in
accordance with procedures established by the Clerk's Office.
The parties must use best efforts to minimize the number of pages
filed under seal.  If a submission is lengthy but the
Confidential Materials  comprises a small portion of the
submission, only the pages or sections containing Confidential

Materials should be filed under seal and the remainder of the submission filed unsealed.  Any sealing envelope should clearly describe the document containing the pages to be sealed and identify the document number on the docket sheet for the filed document.  Each envelope submitted for sealing may contain only one document or portions of one filing (such as redacted pages from multiple exhibits annexed to a document filed).

3.  A party submitting a document under seal shall provide the Court with a complete un-redacted copy of the submission.  The first page of the submission must indicate what portions have been redacted and filed under sealed and the top of every page or section containing Confidential Materials shall bear the notation "This page filed under seal."

**SO ORDERED.**

Dated:    Brooklyn, New York
          July 21, 2005

                              MARILYN D. GO
                              UNITED STATES MAGISTRATE JUDGE